UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. LEO M. GORDON, *JUDGE*

| | |
|---|---|
| HOME DEPOT USA, INC., ) | |
| ) | |
| Plaintiff, ) | Consol. Court No. 14-00122 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION

Plaintiff Home Depot USA, Inc. and defendant United States hereby agree to the following regarding the classification of the imported merchandise identified on the attached Schedule A by protest number, entry number, stock keeping unit ("SKU") numbers 154644, 154709, 154733, 881996, and entry summary line number (hereinafter, the "stipulable imported merchandise"):

1. The stipulable imported merchandise was classified by U.S. Customs and Border Protection or its predecessors under *Harmonized Tariff Schedule of the United States* ("HTSUS") subheading 8301.40.60 at the rate of 5.7% *ad valorem*.

2. The stipulable imported merchandise identified in Schedule A is classifiable under HTSUS Subheading 8302.41.60, at the rate of 3.9% *ad valorem*.

3. The imported merchandise, covered by the entries set forth on the attached Schedule A, is stipulable in accordance with this agreement.

4. Any refunds payable by reason of this agreement are to be paid with interest provided for by law.

*Joint Stipulation, Consol. Court No. 14-00122*                                        Page 2

5. All other claims involving SKU numbers 154644, 154709, 154733, 881996 are abandoned. All other claims and entries at issue in this action not involving SKU numbers 154644, 154709, 154733, 881996 that are not subject to this agreement remain pending and are not abandoned.

6. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By: *[signature]*

Wm. Randolph Rucker
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Phone: (312) 569-1157
Attorneys for Plaintiff

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

By: *[signature]* 10/18/2023

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

*[signature]*

EDWARD F. KENNY
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Tel No: (212) 264-0480
Attorneys for Defendant

Case 1:14-cv-00122-LMG   Document 37   Filed 10/20/23   Page 3 of 11

*Joint Stipulation, Consol. Court No. 14-00122*                                            *Page 3*

## SCHEDULE A

## TO PARTIAL STIPULATED JUDGMENT FOR CONSOL. COURT NO. 14-00122

**PORT OF ENTRY: TACOMA (3002)**

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 3001-13-100454 | 23142661333 | 881996 | 2 |
| 3001-13-100447 | 23142437403 | 154644 | 1 |
| | | 154709 | 2 |
| | | 154733 | 4 |
| | 23142537418 | 154644 | 1 |
| | 23142428667 | 881996 | 4 |
| | 23142437429 | 881996 | 6 |
| | 23142454705 | 881996 | 8 |
| | 23142687544 | 154644 | 1 |
| | | 154709 | 4 |
| | | 154733 | 7 |
| | | 881996 | 24 |
| | 23142688450 | 881996 | 5 |
| | 23142718331 | 881996 | 9 |
| | | 154733 | 14 |

**PORT OF ENTRY: NEW YORK (1001)**

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 4601-13-101831 | 23142426372 | 154644 | 1 |
| | | 154709 | 4 |
| | | 154733 | 7 |
| | 23142465263 | 154709 | 1 |
| | | 154733 | 2 |
| | 23142452592 | 881996 | 4 |

*Joint Stipulation, Consol. Court No. 14-00122*                              *Page 4*

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 4601-13-101861 | 23142646649 | 154644 | 1 |
| | | 154709 | 4 |

**PORT OF ENTRY: LOS ANGELES (2704)**

| Protest No. | Entry No. | SKU No.. | Line No. |
|---|---|---|---|
| 2704-13-102258 | 23142652084 | 154644 | 2 |
| | 23142666860 | 154733 | 1 |
| | 23142658735 | 881996 | 3 |
| | | 881996 | 5 |
| | | 154733 | 6 |
| | 23142666852 | 881996 | 5 |
| 2704-13-102319 | 23142391881 | 154709 | 1 |
| | 23142404775 | 154644 | 1 |
| | | 154709 | 3 |
| | | 154733 | 5 |
| | 23142439458 | 154644 | 1 |
| | | 154709 | 2 |
| | | 154733 | 3 |
| | 23142441488 | 154709 | 1 |
| | | 881996 | 3 |
| | 23142471998 | 154644 | 1 |
| | | 154733 | 4 |
| | | 881996 | 13 |

*Joint Stipulation, Consol. Court No. 14-00122* *Page 5*

| Protest No. | Entry No. | SKU No.. | Line No. |
|---|---|---|---|
| | 23142391915 | 154644 | 2 |
| | 23142502016 | 154644 | 2 |
| | | 154709 | 4 |
| | 23142441603 | 154644 | 2 |
| | 23142569387 | 154709 | 2 |
| | 23142578594 | 154644 | 2 |
| | | 154709 | 5 |
| | 23142703663 | 154644 | 2 |
| | 23142391527 | 154733 | 3 |
| | 23142391840 | 881996 | 3 |
| | 23142391493 | 881996 | 3 |
| | 23142441462 | 154733 | 3 |
| | 23142441470 | 881996 | 3 |
| | 23142569395 | 881996 | 3 |
| | 23142631393 | 881996 | 4 |
| | 23142391857 | 881996 | 5 |
| | 23142439466 | 881996 | 5 |
| | 23142464324 | 154644 | 6 |
| | 23142631385 | 881996 | 6 |
| | 23142510787 | 881996 | 7 |
| | 23142685746 | 154644 | 2 |
| | | 154709 | 6 |
| | | 154733 | 9 |

*Joint Stipulation, Consol. Court No. 14-00122*                                    *Page 6*

| Protest No. | Entry No. | SKU No.. | Line No. |
|---|---|---|---|
| | | 881996 | 32 |
| | 23142533896 | 881996 | 15 |

**PORT OF ENTRY: NEWARK (4601)**

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 4601-13-101835 | 23142429145 | 154709 | 1 |
| | | 154733 | 3 |
| | 23142473168 | 154644 | 1 |
| | | 154709 | 3 |
| | 23142491814 | 154644 | 1 |
| | | 154709 | 4 |
| | | 154733 | 7 |
| | 23142569098 | 154644 | 1 |
| | | 154709 | 4 |
| | | 881996 | 19 |
| | | 881996 | 21 |
| | 23142597289 | 154644 | 1 |
| | | 154709 | 4 |
| | | 154733 | 6 |
| | 23142607914 | 154709 | 1 |
| | | 154733 | 4 |
| | 23142669864 | 154733 | 1 |
| | | 154709 | 3 |
| | 23142412760 | 154644 | 2 |

*Joint Stipulation, Consol. Court No. 14-00122*  *Page 7*

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| | | 154709 | 5 |
| | 23142429152 | 154644 | 2 |
| | | 154709 | 3 |
| | 23142473192 | 881996 | 2 |
| | 23142491822 | 881996 | 2 |
| | 23142607922 | 154644 | 2 |
| | | 154709 | 5 |
| | 23142705668 | 154644 | 2 |
| | | 154709 | 5 |
| | | 154709 | 7 |
| | | 154733 | 10 |
| | 23142706443 | 881996 | 2 |
| | 23142607898 | 881996 | 3 |
| | 23142669823 | 881996 | 3 |
| | 23142429228 | 881996 | 6 |
| | 23142597305 | 881996 | 6 |
| | 23142669849 | 881996 | 6 |
| | 23142429194 | 881996 | 7 |
| | 23142452626 | 881996 | 11 |
| | 23142546930 | 154709 | 26 |
| 4601-13-101863 | 23142719701 | 154644 | 2 |
| | | 154709 | 5 |
| | | 154709 | 6 |

Case 1:14-cv-00122-LMG   Document 37   Filed 10/20/23   Page 8 of 11

*Joint Stipulation, Consol. Court No. 14-00122*                                                *Page 8*

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
|  |  | 154733 | 9 |
|  |  | 881996 | 19 |
|  |  | 881996 | 23 |

**PORT OF ENTRY: SAVANNAH (1703)**

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 1703-13-100380 | 23142418023 | 154709 | 1 |
|  |  | 154733 | 4 |
|  | 23142426398 | 154644 | 1 |
|  |  | 881996 | 8 |
|  |  | 881996 | 11 |
|  | 23142603046 | 154709 | 1 |
|  |  | 154733 | 4 |
|  | 23142395643 | 154709 | 2 |
|  |  | 154733 | 3 |
|  | 23142412802 | 881996 | 2 |
|  | 23142420318 | 881996 | 2 |
|  | 23142442148 | 154644 | 2 |
|  |  | 154709 | 4 |
|  |  | 154733 | 6 |
|  | 23142458623 | 154709 | 2 |
|  | 23142458631 | 154709 | 2 |
|  | 23142458649 | 154709 | 2 |

Case 1:14-cv-00122-LMG   Document 37   Filed 10/20/23   Page 9 of 11

*Joint Stipulation, Consol. Court No. 14-00122*                                                *Page 9*

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
|  | 23142458656 | 154733 | 2 |
|  | 23142474406 | 154644 | 2 |
|  |  | 154709 | 5 |
|  |  | 154733 | 8 |
|  |  | 881996 | 25 |
|  | 23142551914 | 154644 | 2 |
|  |  | 154709 | 5 |
|  |  | 154733 | 8 |
|  |  | 154733 | 9 |
|  | 23142706187 | 154644 | 2 |
|  |  | 154709 | 5 |
|  |  | 154733 | 8 |
|  |  | 881996 | 30 |
|  | 23142718778 | 154644 | 2 |
|  |  | 154709 | 5 |
|  |  | 154733 | 8 |
|  |  | 154733 | 9 |
|  |  | 881996 | 24 |
|  |  | 881996 | 30 |
|  | 23142418262 | 154644 | 3 |
|  |  | 154709 | 5 |
|  | 23142570989 | 154733 | 4 |
|  | 23142602972 | 881996 | 4 |

Case 1:14-cv-00122-LMG   Document 37   Filed 10/20/23   Page 10 of 11

*Joint Stipulation, Consol. Court No. 14-00122*                                *Page 10*

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| | 23142603020 | 154709 | 4 |
| | 23142426380 | 881996 | 5 |
| | 23142551922 | 881996 | 5 |
| | 23142395619 | 881996 | 6 |
| | 23142603038 | 881996 | 7 |
| | 23142597503 | 881996 | 14 |
| 1703-13-100384 | 23142635055 | 154709 | 3 |
| | | 154733 | 6 |
| | 23142635170 | 881996 | 4 |
| | 23142655806 | 881996 | 4 |

**PORT OF ENTRY: SEATTLE (3001)**

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 3001-13-100446 | 23142573678 | 154644 | 1 |
| | | 154709 | 4 |
| | 23142625056 | 154644 | 1 |
| | | 154733 | 6 |
| | 23142693427 | 154644 | 1 |
| | | 154709 | 2 |
| | | 881996 | 6 |
| | 23142390321 | 154644 | 2 |
| | | 154709 | 4 |
| | | 154733 | 7 |

*Joint Stipulation, Consol. Court No. 14-00122*                                               *Page 11*

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| | 23142436132 | 154709 | 2 |
| | | 154733 | 5 |
| | 23142578503 | 154644 | 2 |
| | | 154709 | 5 |
| | 23142693336 | 881996 | 3 |
| | 23142573686 | 881996 | 6 |
| | 23142541436 | 881996 | 7 |
| | 23142515190 | 154733 | 8 |
| 3001-13-100452 | 23142658602 | 154644 | 1 |
| | | 154709 | 2 |
| | | 154733 | 3 |
| | | 881996 | 13 |