UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JUDGE LEO M. GORDON

| | | |
|---|---|---|
| HOME DEPOT U.S.A., INC., | : | |
| | : | |
| Plaintiff, | : | Consol. Court No. 14-00122 |
| v. | : | |
| | : | |
| UNITED STATES | : | |
| | : | |
| Defendant. | : | |
| | : | |

**<u>STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS</u>**

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The attached Schedule A identifies certain merchandise by stock keeping unit ("SKU") numbers 154644, 154709, 154733, 881996, and the location of these SKU numbers on the entry documents for this case (*i.e.*, by line, entry and protest number). The merchandise that is stipulable pursuant to this agreement are the entry doorknobs not packaged with other products, identified by the SKU, line, entry and protest numbers on

1

*Stipulated Judgment on Agreed Statement of facts*     Page 2
*Consol. Court No. 14-00122*

the attached Schedule A (hereinafter, the "stipulable imported merchandise").

3. The stipulable imported merchandise was classified by U.S. Customs and Border Protection or its predecessors under *Harmonized Tariff Schedule of the United States* ("HTSUS") subheading 8301.40.60 at the rate of 5.7% *ad valorem*.

4. The stipulable imported merchandise identified in Schedule A is classifiable under HTSUS Subheading 8302.41.60, at the rate of 3.9% *ad valorem*.

5. The imported merchandise, covered by the entries set forth on the attached Schedule A, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this agreement are to be paid with interest provided for by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By:    */s/ Wm. Randolph Rucker*
        Wm. Randolph Rucker
        Faegre Drinker Biddle & Reath LLP
        320 South Canal Street, Suite 3300
        Chicago, IL 60606
        Phone: (312) 569-1157
        Attorneys for Plaintiff

*Stipulated Judgment on Agreed Statement of facts*  *Page 3*
*Consol. Court No. 14-00122*

                                BRIAN M. BOYNTON
                                Principal Deputy Assistant
                                Attorney General

                                PATRICIA M. McCARTHY
                                Director

By:        /s/ Justin R. Miller   5/14/2024
                                JUSTIN R. MILLER
                                Attorney-In-Charge
                                International Trade Field Office

                                /s/ Edward F. Kenny
                                EDWARD F. KENNY
                                Senior Trial Counsel
                                Civil Division, Dept. of Justice
                                Commercial Litigation Branch
                                26 Federal Plaza, Room 346
                                New York, New York 10278
                                Tel No: (212) 264-0480
                                Attorneys for Defendant

## **JUDGMENT**

IT IS HEREBY ORDERED that this action is decided, and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

                                                        /s/ Leo M. Gordon
                                                        Judge Leo M. Gordon

Date: May 20, 2024

Case 1:14-cv-00122-LMG   Document 44   Filed 05/20/24   Page 4 of 15

*Joint Stipulation, Consol. Court No. 14-00122*                                                                 *Page 4*

## SCHEDULE A TO STIPULATED JUDGMENT

**PORT OF ENTRY: TACOMA (3002)**

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 3001-13-100454 | 23142661333 | 881996 | 2 |
| 3001-13-100447 | 23142437403 | 154644 | 1 |
| | | 154709 | 2 |
| | | 154733 | 4 |
| | 23142537418 | 154644 | 1 |
| | 23142428667 | 881996 | 4 |
| | 23142437429 | 881996 | 6 |
| | 23142454705 | 881996 | 8 |
| | 23142687544 | 154644 | 1 |
| | | 154709 | 4 |
| | | 154733 | 7 |
| | | 881996 | 24 |
| | 23142688450 | 881996 | 5 |
| | 23142718331 | 881996 | 9 |
| | | 154733 | 14 |

**PORT OF ENTRY: NEW YORK (1001)**

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 4601-13-101831 | 23142426372 | 154644 | 1 |
| | | 154709 | 4 |
| | | 154733 | 7 |
| | 23142465263 | 154709 | 1 |
| | | 154733 | 2 |
| | 23142452592 | 881996 | 4 |
| | 23142690100 | 881996 | 4 |

Case 1:14-cv-00122-LMG   Document 44   Filed 05/20/24   Page 5 of 15

*Joint Stipulation, Consol. Court No. 14-00122*                    *Page 5*

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 4601-13-101861 | 23142646649 | 154644 | 1 |
|  |  | 154709 | 4 |

**PORT OF ENTRY: LOS ANGELES (2704)**

| Protest No. | Entry No. | SKU No.. | Line No. |
|---|---|---|---|
| 2704-13-102258 | 23142652084 | 154644 | 2 |
|  | 23142666860 | 154733 | 1 |
|  | 23142658735 | 881996 | 3 |
|  |  | 881996 | 5 |
|  |  | 154733 | 6 |
|  | 23142666852 | 881996 | 5 |
|  | 23142652043 | 881996 | 2 |
| 2704-13-102319 | 23142391881 | 154709 | 1 |
|  | 23142404775 | 154644 | 1 |
|  |  | 154709 | 3 |
|  |  | 154733 | 5 |
|  | 23142439458 | 154644 | 1 |
|  |  | 154709 | 2 |
|  |  | 154733 | 3 |
|  | 23142441488 | 154709 | 1 |
|  |  | 881996 | 3 |
|  | 23142471998 | 154644 | 1 |
|  |  | 154733 | 4 |

Case 1:14-cv-00122-LMG   Document 44   Filed 05/20/24   Page 6 of 15

*Joint Stipulation, Consol. Court No. 14-00122*                                    *Page 6*

| **Protest No.** | **Entry No.** | **SKU No..** | **Line No.** |
|---|---|---|---|
| | | 881996 | 13 |
| | 23142391915 | 154644 | 2 |
| | 23142502016 | 154644 | 2 |
| | | 154709 | 4 |
| | 23142441603 | 154644 | 2 |
| | 23142569387 | 154709 | 2 |
| | 23142578594 | 154644 | 2 |
| | | 154709 | 5 |
| | 23142703663 | 154644 | 2 |
| | 23142391527 | 154733 | 3 |
| | 23142391840 | 881996 | 3 |
| | 23142391493 | 881996 | 3 |
| | 23142441462 | 154733 | 3 |
| | 23142441470 | 881996 | 3 |
| | 23142569395 | 881996 | 3 |
| | 23142631393 | 881996 | 4 |
| | 23142391857 | 881996 | 5 |
| | 23142439466 | 881996 | 5 |
| | 23142464324 | 154644 | 6 |
| | 23142631385 | 881996 | 6 |
| | 23142510787 | 881996 | 7 |
| | 23142685746 | 154644 | 2 |
| | | 154709 | 6 |

Case 1:14-cv-00122-LMG   Document 44   Filed 05/20/24   Page 7 of 15

*Joint Stipulation, Consol. Court No. 14-00122*                                       *Page 7*

| Protest No. | Entry No. | SKU No.. | Line No. |
|---|---|---|---|
| | | 154733 | 9 |
| | | 881996 | 32 |
| | 23142533896 | 881996 | 15 |

**PORT OF ENTRY: NEWARK (4601)**

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 4601-13-101835 | 23142429145 | 154709 | 1 |
| | | 154733 | 3 |
| | 23142473168 | 154644 | 1 |
| | | 154709 | 3 |
| | 23142491814 | 154644 | 1 |
| | | 154709 | 4 |
| | | 154733 | 7 |
| | 23142569098 | 154644 | 1 |
| | | 154709 | 4 |
| | | 881996 | 19 |
| | | 881996 | 21 |
| | 23142597289 | 154644 | 1 |
| | | 154709 | 4 |
| | | 154733 | 6 |
| | 23142607914 | 154709 | 1 |
| | | 154733 | 4 |
| | 23142669864 | 154733 | 1 |
| | | 154709 | 3 |

*Joint Stipulation, Consol. Court No. 14-00122* *Page 8*

| **Protest No.** | **Entry No.** | **SKU No.** | **Line No.** |
|---|---|---|---|
| | 23142412760 | 154644 | 2 |
| | | 154709 | 5 |
| | 23142429152 | 154644 | 2 |
| | | 154709 | 3 |
| | 23142473192 | 881996 | 2 |
| | 23142491822 | 881996 | 2 |
| | 23142607922 | 154644 | 2 |
| | | 154709 | 5 |
| | 23142705668 | 154644 | 2 |
| | | 154709 | 5 |
| | | 154709 | 7 |
| | | 154733 | 10 |
| | 23142706443 | 881996 | 2 |
| | 23142607898 | 881996 | 3 |
| | 23142669823 | 881996 | 3 |
| | 23142429228 | 881996 | 6 |
| | 23142597305 | 881996 | 6 |
| | 23142669849 | 881996 | 6 |
| | 23142429194 | 881996 | 7 |
| | 23142452626 | 881996 | 11 |
| | 23142546930 | 154709 | 26 |
| 4601-13-101863 | 23142719701 | 154644 | 2 |
| | | 154709 | 5 |

*Joint Stipulation, Consol. Court No. 14-00122*                                                                   *Page 9*

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
|  |  | 154709 | 6 |
|  |  | 154733 | 9 |
|  |  | 881996 | 19 |
|  |  | 881996 | 23 |

**PORT OF ENTRY: SAVANNAH (1703)**

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 1703-13-100380 | 23142418023 | 154709 | 1 |
|  |  | 154733 | 4 |
|  | 23142426398 | 154644 | 1 |
|  |  | 881996 | 8 |
|  |  | 881996 | 11 |
|  | 23142603046 | 154709 | 1 |
|  |  | 154733 | 4 |
|  | 23142395643 | 154709 | 2 |
|  |  | 154733 | 3 |
|  | 23142412802 | 881996 | 2 |
|  | 23142420318 | 881996 | 2 |
|  | 23142442148 | 154644 | 2 |
|  |  | 154709 | 4 |
|  |  | 154733 | 6 |
|  | 23142458623 | 154709 | 2 |
|  | 23142458631 | 154709 | 2 |

Case 1:14-cv-00122-LMG     Document 44     Filed 05/20/24     Page 10 of 15

*Joint Stipulation, Consol. Court No. 14-00122*                                                              *Page 10*

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| | 23142458649 | 154709 | 2 |
| | 23142458656 | 154733 | 2 |
| | 23142474406 | 154644 | 2 |
| | | 154709 | 5 |
| | | 154733 | 8 |
| | | 881996 | 25 |
| | 23142551914 | 154644 | 2 |
| | | 154709 | 5 |
| | | 154733 | 8 |
| | | 154733 | 9 |
| | 23142706187 | 154644 | 2 |
| | | 154709 | 5 |
| | | 154733 | 8 |
| | | 881996 | 30 |
| | 23142718778 | 154644 | 2 |
| | | 154709 | 5 |
| | | 154733 | 8 |
| | | 154733 | 9 |
| | | 881996 | 24 |
| | | 881996 | 30 |
| | 23142418262 | 154644 | 3 |
| | | 154709 | 5 |
| | 23142570989 | 154733 | 4 |

Case 1:14-cv-00122-LMG   Document 44   Filed 05/20/24   Page 11 of 15

*Joint Stipulation, Consol. Court No. 14-00122*                                                                *Page 11*

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| | 23142602972 | 881996 | 4 |
| | 23142603020 | 154709 | 4 |
| | 23142426380 | 881996 | 5 |
| | 23142551922 | 881996 | 5 |
| | 23142395619 | 881996 | 6 |
| | 23142603038 | 881996 | 7 |
| | 23142597503 | 881996 | 14 |
| 1703-13-100384 | 23142635055 | 154709 | 3 |
| | 23142635055 | 154733 | 6 |
| | 23142635170 | 881996 | 4 |
| | 23142655806 | 881996 | 4 |

**PORT OF ENTRY: SEATTLE (3001)**

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| 3001-13-100446 | 23142573678 | 154644 | 1 |
| | 23142573678 | 154709 | 4 |
| | 23142625056 | 154644 | 1 |
| | 23142625056 | 154733 | 6 |
| | 23142693427 | 154644 | 1 |
| | 23142693427 | 154709 | 2 |
| | 23142693427 | 881996 | 6 |
| | 23142390321 | 154644 | 2 |
| | 23142390321 | 154709 | 4 |

Case 1:14-cv-00122-LMG   Document 44   Filed 05/20/24   Page 12 of 15

*Joint Stipulation, Consol. Court No. 14-00122*   Page 12

| Protest No. | Entry No. | SKU No. | Line No. |
|---|---|---|---|
| | | 154733 | 7 |
| | 23142436132 | 154709 | 2 |
| | | 154733 | 5 |
| | 23142578503 | 154644 | 2 |
| | | 154709 | 5 |
| | 23142693336 | 881996 | 3 |
| | 23142573686 | 881996 | 6 |
| | 23142541436 | 881996 | 7 |
| | 23142515190 | 154733 | 8 |
| 3001-13-100452 | 23142658602 | 154644 | 1 |
| | | 154709 | 2 |
| | | 154733 | 3 |
| | | 881996 | 13 |

**All claims arising from the following entries marked by an asterisk (*) are abandoned.**

| Protest No. | Entry No. |
|---|---|
| 1401-13-100289 | 23142411192* |
| | 23142411218* |
| | 23142432016* |
| | 23142437239* |
| 1703-13-100378 | 23142417991* |
| | 23142418031* |
| | 23142418049* |
| | 23142442171* |
| | 23142491681* |
| | 23142557150* |
| | 23142574098* |
| 1703-13-100386 | 23142635162* |

Case 1:14-cv-00122-LMG   Document 44   Filed 05/20/24   Page 13 of 15

*Joint Stipulation, Consol. Court No. 14-00122*                                                                 Page 13

| Protest No. | Entry No. |
|---|---|
|  | 23142655715* |
|  | 23142655798* |
|  | 23142670102* |
|  | 23142677602* |
|  | 23142700024* |
|  | 23142700230* |
| 2704-13-102320 | 23142391519* |
|  | 23142391865* |
|  | 23142391923* |
|  | 23142399637* |
|  | 23142399652* |
|  | 23142402704* |
|  | 23142402712* |
|  | 23142402720* |
|  | 23142402738* |
|  | 23142402886* |
|  | 23142408842* |
|  | 23142409022* |
|  | 23142434145* |
|  | 23142445786* |
|  | 23142445794* |
|  | 23142445802* |
|  | 23142445810* |
|  | 23142454853* |
|  | 23142454861* |
|  | 23142454879* |
|  | 23142454887* |
|  | 23142454895* |
|  | 23142472046* |
|  | 23142472061* |
|  | 23142480072* |
|  | 23142492028* |
|  | 23142533888* |
|  | 23142547367* |
|  | 23142547375* |
|  | 23142547383* |
|  | 23142578479* |
|  | 23142578602* |

Case 1:14-cv-00122-LMG   Document 44   Filed 05/20/24   Page 14 of 15

*Joint Stipulation, Consol. Court No. 14-00122*                                    Page 14

| Protest No. | Entry No. |
|---|---|
|  | 23142617483* |
|  | 23142631401* |
| 2704-13-102448 | 23142652035* |
|  | 23142666720* |
|  | 23142703515* |
|  | 23142703523* |
|  | 23142703531* |
| 2809-13-100632 | 23142386527* |
|  | 23142422421* |
|  | 23142422439* |
| 3001-13-100443 | 23142424377* |
|  | 23142499338* |
| 3001-13-100445 | 23142389521* |
|  | 23142390297* |
|  | 23142390305* |
|  | 23142411671* |
|  | 23142424567* |
|  | 23142424591* |
|  | 23142424625* |
|  | 23142437619* |
|  | 23142471980* |
|  | 23142562846* |
|  | 23142578511* |
|  | 23142578552* |
|  | 23142625064* |
|  | 23142515042* |
| 3001-13-100453 | 23142665078* |
|  | 23142693443* |
| 4601-13-101830 | 23142391048* |
|  | 23142391071* |
|  | 23142402381* |
|  | 23142406531* |
|  | 23142407422* |
|  | 23142429186* |
|  | 23142429400* |
|  | 23142431778* |
|  | 23142431794* |
|  | 23142457906* |

Case 1:14-cv-00122-LMG  Document 44  Filed 05/20/24  Page 15 of 15

*Joint Stipulation, Consol. Court No. 14-00122*                                                                 *Page 15*

| **Protest No.** | **Entry No.** |
|---|---|
| | 23142468119* |
| | 23142473143* |
| | 23142473176* |
| | 23142476542* |
| | 23142607880* |
| 4601-13-101832 | 23142391097* |
| | 23142468010* |
| | 23142480742* |
| | 23142480759* |
| | 23142511579* |
| | 23142551740* |
| | 23142551757* |
| | 23142551765* |
| | 23142551799* |
| 4601-13-101860 | 23142646631* |
| | 23142691041* |
| | 23142699408* |
| 4601-13-101862 | 23142681760* |
| | 23142719933* |